

FILED

05/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0235

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0235

_____

CLIFFORD OLD HORN,

Petitioner,

v.

LYNN GUYER, Warden,
Montana State Prison,

Respondent.

FILED

MAY 0 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Representing himself, Clifford Old Horn has filed a petition for a writ of habeas corpus. Upon review of his petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with appropriate documentary exhibits, such as sentence calculations, and legal memorandum in support.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 4th day of May, 2020.

_____
Justice